PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00154-03** |
| ) | |
| **Eric Jon VERNON** ) | |
| ) | |

On December 23, 2004, the above-named was sentenced to 15 months custody of the Bureau of Prisons with 36 months of supervised release to follow, which commenced on April 29, 2005.  Eric Jon Vernon has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**PHIL R. HENDLEY, JR.
United States Probation Officer**

Dated:   December 4, 2007
         Modesto, California
         PRH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
          **DEBORAH A. SPENCER
          Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Eric Jon VERNON**
      **Docket Number:  2:04CR00154-03**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the Eric Jon Vernon be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| __December 4, 2007__ | _____ |
| **Date** | **Honorable D. Lowell Jensen** |
| | **Chief United States District Judge** |

Attachment:   Recommendation
cc:   Norman Y. Wong, AUSA